# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:03CR204-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TIMOTHY FONSELL GIVENS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court upon Defendant's "Motion to Correct Sentence Hearing Requested," filed November 2, 2005. The motion contains allegations, which, if true, warrant a significant reduction in Defendant's sentence. While the court is confident that the government has a constitutionally sound answer to all Defendant's claims, a response by the Assistant United States Attorney is required. Accordingly,

IT IS THEREFORE ORDERED that the government is hereby directed to file a response to Defendant's motion within 20 days of the date of entry of this Order.

**Signed: November 7, 2005**

Graham C. Mullen
Chief United States District Judge